Aarons
6080 Sawmill Road
Dublin, OH 43017

Ability Recovery Servi
Po Box 4031
Wyoming, PA 18644

Ace Cash Express
1231 Greenway Drive
Suite 600
Irving, TX 75038

ADT
1819 O'Brien Road
Columbus, OH 43228

AEP
5721 Shier Rings Road
Dublin, OH 43016

Alarm Force
675 Garyray Dr.
North York, ON M9L 1R2

Always Payday
1197 W. 5th Ave.
Columbus, OH 43212

Ann Jones Staffing
571 High St.
Worthington, OH 43085

Assoc/citi
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Balaganphan Somakanzan
BS Majoris Inc.
7832 Gateway Lane
Powell, OH 43065

BMI Federal Credit Union

Bmifcu
Po Box 3670, Attn: Bankruptcy
Dublin, OH 43016

cashland
1600 West 7th Street
Fort Worth, TX 76102

Charter Properties
292 Sunbury Square
Columbus, OH 43219

Check N Go
7755 Montgomery Road
Suite 400
Cincinnati, OH 45236

Check Smart
1801 Monmouth St.
Newport, KY 41071

Choice Recovery
1550 Old Henderson Rd St
Columbus, OH 43220

Choice Recovery
1550 Old Henderson Rd St
Columbus, OH 43220

Choice Recovery
1550 Old Henderson Rd St
Columbus, OH 43220

Cme Fed Cu
Attn:Bankruptcy
Po Box 267121
Columbus, OH 43226

Columbia Gas
PO Box 742510
Cincinnati, OH 45274-2510

Columbus Metro Library
96 S. Grant St.

Columbus, OH 43215

Delaware Clerk of Courts
91 N. Sandusky St.
Delaware, OH 43015

Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256

Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256

ER Solutions/Convergent Outsourcing, INC
Po Box 9004
Renton, WA 98057

Fabco
Po Box 20850
Columbus, OH 43220

Fabco
Po Box 20850
Columbus, OH 43220

Fabco
Po Box 20850
Columbus, OH 43220

Fleetwood Management
1675 Old Henderson Road
Columbus, OH 43220

Ge Capital Credit Card
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076

Guardian Fin
2479 Hilliard Rome Rd.
Hilliard, OH 43026

Guardian Fin
2479 Hilliard Rome Rd.
Hilliard, OH 43026

Guardian Protection Services
174 Thorn Hill
Warrendale, PA 15086

Huntington Bank
41 S. High St.
Columbus, OH 43287

Insight
3770 E. Livingston Ave.
Columbus, OH 43227

JB Robinson/Sterling Jewelers
Sterling Jewelers
Po Box 1799, Attn: Bankruptcy
Akron, OH 44309

Kellie Auto Sales
101 Philipi Road
Columbus, OH 43228

Meade & Associates
737 Enterprise Dr
Westerville, OH 43081

Meade & Associates
737 Enterprise Dr
Westerville, OH 43081

Medicredit Corp/Outsource Group
Attn: Bankruptcy
Three City Place Dr Ste. 690
St Louis, MO 63141

Medicredit Corp/Outsource Group
Attn: Bankruptcy
Three City Place Dr Ste. 690
St Louis, MO 63141

Medicredit Corp/Outsource Group
Attn: Bankruptcy
Three City Place Dr Ste. 690
St Louis, MO 63141

Medicredit Corp/Outsource Group
Attn: Bankruptcy
Three City Place Dr Ste. 690
St Louis, MO 63141

Monco's Place
4555 Cleveland Ave.
Columbus, OH 43231

National Check Cashers
1335 Dublin Road
Suite 118-A
Columbus, OH 43215

National Recovery Agen
2491 Paxton St
Harrisburg, PA 17111

Ohio Bureau of Motor Vehicles
1970 W. Broad St.
Columbus, OH 43223

Ohio Department of Taxation
P.O. Box 530
Columbus, OH 43216-0530

Ohio Unemployment Compensation
30 E. Broad st.
Columbus, OH 43215

Powerco Credit Union
215 N Front St
Columbus, OH 43215

Purpose Money
Legal Division
669 McCartney
Youngstown, OH 44505

Rent A Center
1784-A Morse Road
Columbus, OH 43229

Safe Auto Insurance Company
4653 E. Main St.
Columbus, OH 43213-3129

Select Laundry
4270 Kendrick St.
Golden, CO 80403

Shepard Management
1771 Red Robin Road
Columbus, OH 43229

Show Place Lease
4200 W. Broad St.
Columbus, OH 43228

Stuart Allan & Assoc
5447 E 5th St Ste 110
Tucson, AZ 85711

Time Warner
1015 Olentangy Road
Columbus, OH 43212

TRC Staffing
259 East Livingston Ave.
Columbus, OH 43215

Unique National Collec
119 E Maple St
Jeffersonville, IN 47130

Universal Recovery Corp
2880 Sunrise Blvd
Ste 136
Rancho Cordova, CA 95742

Universal Recovery Corp
2880 Sunrise Blvd
Ste 136

Rancho Cordova, CA 95742

University Of Phoenix
4025 S Riverpoint Parkway
Phoenix, AZ 85040

Westerville Auto Group
5309 Westerville Road
Columbus, OH 43231

Westerville Community Center
350 N. Cleveland Ave.
Westerville, OH 43082

Williams & Fudge Inc
Pob 266
Rock Hill, SC 29731

WOW Internet
P.O. Box 118288
Carrollton, TX 75011-8288